**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| TIMAERO IRELAND LIMITED, | Case No. 1:19-cv-08234 |
| Plaintiff, | Chief Judge Rebecca R. Pallmeyer |
| v. | |
| THE BOEING COMPANY, | |
| Defendant. | |

**PLAINTIFF'S OPPOSITION TO MOTION TO DISMISS**

Plaintiff Timaero Ireland Limited ("Timaero") respectfully submits this memorandum in response to The Boeing Company's ("Boeing") Motion to Dismiss (Doc. 30).

Timaero has filed a First Amended Complaint (Doc. 42) with Boeing's written consent as authorized by Fed. R. Civ. P. 15(a)(2). The Amended Complaint supersedes the original pleading and controls the case after filing. *Massey v. Helman*, 196 F.3d 727, 735 (7th Cir. 1999); *Trading Techs. Int'l, Inc. v. BGC Partners, Inc.*, 2010 U.S. Dist. LEXIS 84138, *3 (N.D. Ill. Aug. 17, 2010).

Boeing's motion to dismiss challenged the sufficiency of the original complaint (in part) under Fed. R. Civ. P. 12(b)(6). Timaero's First Amended Complaint is intended in part, to the extent necessary, to address Boeing's arguments. Under the circumstances here, the filing of the First Amended Complaint moots the pending motion to dismiss the original pleading. *Trading Techs.*, 2010 U.S. Dist. LEXIS 84138 at *3-*4. Therefore, Timaero will not brief the substance of the arguments raised in the motion to dismiss.

For the above reasons, Timaero respectfully requests that the Court deny Boeing's motion to dismiss (Doc. 30) as moot.

Respectfully submitted,

   */s/ Patrick F. Solon*
Patrick F. Solon
Gretchen L. Schmidt
Vitale, Vickrey, Niro, Solon & Gasey LLP
311 S. Wacker Dr., Ste. 2470
Chicago, IL 60606
Telephone: 312-236-0733
Facsimile:  312-236-3137
Email: solon@vvnlaw.com
       schmidt@vvnlaw.com

Wesley W. Whitmyer, Jr. (*pro hac vice*)
Michael J. Kosma (*pro hac vice*)
Christopher J. Stankus (*pro hac vice*)
Robert D. Keeler (*pro hac vice*)
WHITMYER IP GROUP LLC
600 Summer Street
Stamford, Connecticut 06901
Telephone: (203) 703-0800
Facsimile: (203) 703-0801
Email: litigation@whipgroup.com
       mkosma@whipgroup.com
       cstankus@whipgroup.com
       rkeeler@whipgroup.com

*Attorneys for Plaintiff,*
*Timaero Ireland Limited*