

**UNITED STATES DISTRICT COURT**
Northern District of Illinois
219 South Dearborn Street
Chicago, Illinois 60604

**Thomas G. Bruton**  312-435-5670
**Clerk**

Date: 4/6/21

Re: Timaero Ireland Limited v. The Boeing Company

USDC Case Number: 19cv8234

Dear Clerk:

Pursuant to the order entered by Honorable Rebecca R. Pallmeyer, on 3/15/21, the above record was

        X     electronically transmitted to Western District of Washington

Please acknowledge receipt of any paper documents on the enclosed copy of this letter.

    Sincerely,
    Thomas G. Bruton, Clerk

    By:   /s/ N. Finley
           Deputy Clerk

New Case No. _____  Date _____

cc:    Non-ECF Attorneys and Pro se Parties

Rev. 09/23/2016