Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TIMAERO IRELAND LIMITED,

                Plaintiff,

    v.

THE BOEING COMPANY,

                Defendant.

No. 2:21-00488-RSM

NOTICE OF APPEARANCE

*(Clerk's Action Required)*

TO:        THE CLERK OF THE COURT

AND TO:    ALL PARTIES AND THEIR RESPECTIVE COUNSEL OF RECORD

PLEASE TAKE NOTICE that Gregory J. Hollon, Timothy B. Fitzgerald, and McNaul Ebel Nawrot & Helgren PLLC hereby appear in the above-captioned cause as local counsel on behalf of Plaintiff Timaero Ireland Limited. Wesley Whitmeyer, Jr., Michael Kosma, Robert Keeler, Christopher Stankus and Whitmyer IP Group LLC remain lead counsel for Timaero Ireland Limited.

NOTICE OF APPERANCE
(Case No. 2:21-00488-RSM) – Page 1

LAW OFFICES OF
MCNAUL EBEL NAWROT & HELGREN PLLC
600 University Street, Suite 2700
Seattle, Washington 98101-3143
(206) 467-1816

DATED this 30th day of September, 2022.

McNAUL EBEL NAWROT & HELGREN PLLC

By:  s/ Gregory J. Hollon
      Gregory J. Hollon, WSBA No. 26311

By:  s/ Timothy B. Fitzgerald
      Timothy B. Fitzgerald, WSBA No. 45103
      600 University Street, Suite 2700
      Seattle, Washington 98101
      Phone:  (206) 467-1816
      Fax:     (206) 624-5128
      Email:  ghollon@mcnaul.com
              tfitzgerald@mcnaul.com
      *Attorneys for Plaintiff*

NOTICE OF APPERANCE
(Case No. 2:21-00488-RSM) – Page 2