THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIMAERO IRELAND LIMITED,<br><br>                Plaintiff,<br><br>        v.<br><br>THE BOEING COMPANY,<br><br>                Defendant. | Case No. 2:21-cv-00488-RSM<br><br>STIPULATED MOTION FOR EXTENSION TO RESPOND TO SECOND AMENDED COMPLAINT AND ORDER<br><br>NOTE ON MOTION CALENDAR:<br>November 1, 2022 |

Plaintiff Timaero Ireland Limited, ("Timaero") and Defendant The Boeing Company ("Boeing") stipulate that, pursuant to Local Rule 10(g) and Local Rule 7(d)(1), Boeing's time to respond to Timaero's Second Amended Complaint (ECF No. 117) shall be extended to November 29, 2022.

IT IS SO STIPULATED by and between the parties.

STIPULATED MOTION FOR EXTENSION TO RESPOND
TO SECOND COMPLAINT AND ORDER
(2:21-cv-00488-RSM) – 1

92510817

DATED:  November 1, 2022

By: *s/ Wesley W. Whitmyer, Jr.*
    Wesley W. Whitmyer, Jr. (*pro hac vice*)
    Michael J. Kosma (*pro hac vice*)
    Christopher J. Stankus (*pro hac vice*)
    Robert D. Keeler (*pro hac vice*)
    **Whitmyer IP Group LLC**
    600 Summer Street
    Stamford, Connecticut 06901
    Telephone: (203) 703-0800
    Facsimile: (203) 703-0801
    Email: litigation@whipgroup.com
    mkosma@whipgroup.com
    cstankus@whipgroup.com
    rkeeler@whipgroup.com

    Gregory J. Hollon, WSBA No. 26311
    Timothy B. Fitzgerald, Wsba No. 45103
    **Mcnaul Ebel Nawrot & Helgren PLLC**
    600 University Street, Suite 2700
    Seattle, Washington 98101
    Phone: (206) 467-1816
    Fax: (206) 624-5128
    Email: ghollon@mcnaul.com
    tfitzgerald@mcnaul.com

Attorneys for Timaero Ireland Limited

By: *s/ Ulrike B. Connelly*
    Steve Y. Koh, WSBA No. 23284
    Eric B. Wolff, WSBA No. 43047
    Ulrike B. Connelly, WSBA No. 42478
    Gregory F. Miller, WSBA No. 56466
    Michelle L. Maley, WSBA No. 51318
    **Perkins Coie LLP**
    1201 Third Avenue, Suite 4900
    Seattle, WA  98101-3099
    Telephone: 206.359.8000
    Facsimile: 206.359.9000
    Email:   SKoh@perkinscoie.com
    EWolff@perkinscoie.com
    UConnelly@perkinscoie.com
    GMiller@perkinscoie.com
    MMaley@perkinscoie.com

*Attorneys for Defendant The Boeing Company*

# ORDER

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**

The deadline for Boeing to respond to Timaero Ireland Limited's Second Amended Complaint (ECF No. 117) shall be extended to November 29, 2022.

DATED this 3rd day of November, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

By: *s/ Wesley W. Whitmyer, Jr.*
Wesley W. Whitmyer, Jr. (*pro hac vice*)
Michael J. Kosma (*pro hac vice*)
Christopher J. Stankus (*pro hac vice*)
Robert D. Keeler (*pro hac vice*)
**Whitmyer IP Group LLC**
600 Summer Street
Stamford, Connecticut 06901
Telephone: (203) 703-0800
Email: litigation@whipgroup.com
mkosma@whipgroup.com
cstankus@whipgroup.com
rkeeler@whipgroup.com

Gregory J. Hollon, WSBA No. 26311
Timothy B. Fitzgerald, Wsba No. 45103
**Mcnaul Ebel Nawrot & Helgren PLLC**
600 University Street, Suite 2700
Seattle, Washington 98101
Phone: (206) 467-1816
Email: ghollon@mcnaul.com
tfitzgerald@mcnaul.com

Attorneys for Timaero Ireland Limited

By: s/ *Ulrike B. Connelly*
Steve Y. Koh, WSBA No. 23284
Eric B. Wolff, WSBA No. 43047
Ulrike B. Connelly, WSBA No. 42478
Gregory F. Miller, WSBA No. 56466
Michelle L. Maley, WSBA No. 51318
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Email:    SKoh@perkinscoie.com
EWolff@perkinscoie.com
UConnelly@perkinscoie.com
GMiller@perkinscoie.com
MMaley@perkinscoie.com

*Attorneys for Defendant The Boeing Company*

STIPULATED MOTION FOR EXTENSION TO RESPOND
TO COMPLAINT AND ORDER
 (2:21-cv-00488-RSM) – 4
92510817