Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIMAERO IRELAND LIMITED,<br><br>  Plaintiff,<br><br>  v.<br><br>THE BOEING COMPANY,<br><br>  Defendant. | No. 2:21-00488-RSM<br><br>STIPULATED MOTION AND ORDER TO EXTEND BRIEFING SCHEDULE RE: DEFENDANT'S MOTION TO DISMISS |

Plaintiff Timaero Ireland Limited ("Timaero") and Defendant The Boeing Company ("Boeing") (collectively, the "Parties"), by their undersigned counsel, respectfully stipulate and move the Court, pursuant to Local Rule 10(g) and Local Rule 7(d)(1), to enter a briefing schedule regarding responses to Boeing's Motion to Dismiss Second Amended Complaint (ECF No. 120).

Specifically, the Parties request that Timaero's response to the Motion to Dismiss be extended by three (3) weeks from December 19, 2022 to January 9, 2023. The Parties further request that Boeings deadline to file a reply brief be extended by one (1) week to January 20, 2023. The noting date for this motion would therefore also be moved to January 20, 2023.

IT IS SO STIPULATED by and between the parties.

DATED this 13th day of December, 2022.

WHITMYER IP GROUP LLC

By: *s/ Wesley W. Whitmyer, Jr.*
    Wesley W. Whitmyer, Jr. (*pro hac vice*)
    Michael J. Kosma (*pro hac vice*)
    Robert D. Keeler (*pro hac vice*)
    600 Summer Street
    Stamford, Connecticut 06901
    Telephone: (203) 703-0800
    Facsimile: (203) 703-0801
    Email:  litigation@whipgroup.com
            mkosma@whipgroup.com
            rkeeler@whipgroup.com

McNAUL EBEL NAWROT & HELGREN PLLC

By: *s/ Gregory J. Hollon*
    Gregory J. Hollon, WSBA No. 26311
    Timothy B. Fitzgerald, WSBA No. 45103
    600 University Street, Suite 2700
    Seattle, Washington 98101
    Phone:  (206) 467-1816
    Fax:     (206) 624-5128
    Email:  ghollon@mcnaul.com
            tfitzgerald@mcnaul.com

*Attorneys for Plaintiff Timaero Ireland Limited*

PERKINS COIE LLP

By: _/s Ulrike Connelly_
    Steve Y. Koh, WSBA No. 23284
    Eric B. Wolff, WSBA No. 43047
    Ulrike B. Connelly, WSBA No. 42478
    Gregory F. Miller, WSBA No. 56466
    Michelle L. Maley, WSBA No. 51318
    1201 Third Avenue, Suite 4900
    Seattle, WA 98101-3099
    Telephone: 206.359.8000
    Facsimile: 206.359.9000
    Email: SKoh@perkinscoie.com
    EWolff@perkinscoie.com
    UConnelly@perkinscoie.com
    GMiller@perkinscoie.com
    MMaley@perkinscoie.com

*Attorneys for Defendant The Boeing Company*

# ORDER

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**

The deadline for Timaero Ireland Limited to respond to The Boeing Company's Motion to Dismiss Second Amended Complaint (ECF No. 120) shall be extended to January 9, 2023.

The deadline for The Boeing Company to submit its reply in support of Motion to Dismiss shall be extended to January 20, 2023.

DATED this 15th day of December, 2022.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

WHITMYER IP GROUP LLC

By: *s/ Wesley W. Whitmyer, Jr.*
    Wesley W. Whitmyer, Jr. (*pro hac vice*)
    Michael J. Kosma (*pro hac vice*)
    Robert D. Keeler (*pro hac vice*)
    600 Summer Street
    Stamford, Connecticut 06901
    Telephone: (203) 703-0800
    Facsimile: (203) 703-0801
    Email: litigation@whipgroup.com
          mkosma@whipgroup.com
          rkeeler@whipgroup.com

McNAUL EBEL NAWROT & HELGREN PLLC

By: *s/Gregory J. Hollon*
    Gregory J. Hollon, WSBA No. 26311
    Timothy B. Fitzgerald, WSBA No. 45103
    600 University Street, Suite 2700
    Seattle, Washington 98101
    Phone: (206) 467-1816
    Fax: (206) 624-5128
    Email: ghollon@mcnaul.com
           tfitzgerald@mcnaul.com

*Attorneys for Plaintiff Timaero Ireland Limited*

PERKINS COIE LLP

By: */s Ulrike Connelly*
    Steve Y. Koh, WSBA No. 23284
    Eric B. Wolff, WSBA No. 43047
    Ulrike B. Connelly, WSBA No. 42478
    Gregory F. Miller, WSBA No. 56466
    Michelle L. Maley, WSBA No. 51318
    1201 Third Avenue, Suite 4900
    Seattle, WA 98101-3099
    Telephone: 206.359.8000
    Facsimile: 206.359.9000
    Email: SKoh@perkinscoie.com
           EWolff@perkinscoie.com
           UConnelly@perkinscoie.com
           GMiller@perkinscoie.com
           MMaley@perkinscoie.com

*Attorneys for Defendant The Boeing Company*