Hon. Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TIMAERO IRELAND LIMITED,

          Plaintiff,

v.

THE BOEING COMPANY,

          Defendant.

No. 2:21-00488-RSM

PLAINTIFF'S AMENDED CORPORATE DISCLOSURE STATEMENT

    Pursuant to Fed. R. Civ. P. 7.1 and Local Rule 7.1, Plaintiff Timaero Ireland Limited, by and through its undersigned counsel, certifies that it is an Irish private company wholly owned by VEBL Europe Limited, a limited liability company under the laws of the Republic of Ireland, which is wholly owned by VEB-Leasing Europe S.a.r.l., a limited liability company duly formed under the laws of the Grand Duchy of Luxembourg, which is wholly owned by Ordinary Group LLC, a limited liability company duly formed under the laws of the Republic of Armenia, which is wholly owned

///

PLAINTIFF'S AMENDED CORPORATE DISCLOSURE STATEMENT (Case No. 2:21-00488-RSM) – Page 1

LAW OFFICES OF
WHITMYER IP GROUP LLC
600 Summer Street
Stamford, Connecticut 06901
(203) 703-0800

by its sole member, Kirill Izmailskiy, a citizen of Israel. Timaero has no publicly-held affiliates.

DATED this 16th day of May, 2023.

WHITMYER IP GROUP LLC

By: s/ Wesley W. Whitmyer
Wesley W. Whitmyer, Jr. (*pro hac vice*)
600 Summer Street
Stamford, Connecticut 06901
Telephone: (203) 703-0800
Facsimile: (203) 703-0801
Email:  litigation@whipgroup.com

McNAUL EBEL NAWROT & HELGREN PLLC

By: s/ Gregory J. Hollon
Gregory J. Hollon, WSBA No. 26311
Timothy B. Fitzgerald, WSBA No. 45103
600 University Street, Suite 2700
Seattle, Washington 98101
Phone: (206) 467-1816
Fax:   (206) 624-5128
Email:  ghollon@mcnaul.com
        tfitzgerald@mcnaul.com

*Attorneys for Plaintiff*

PLAINTIFF'S AMENDED CORPORATE DISCLOSURE STATEMENT (Case No. 2:21-00488-RSM) – Page 2

LAW OFFICES OF
WHITMYER IP GROUP LLC
600 Summer Street
Stamford, Connecticut 06901
(203) 703-0800