THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIMAERO IRELAND LIMITED,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THE BOEING COMPANY,<br><br>　　　　　Defendant. | Case No. 2:21-cv-00488-RSM<br><br>STIPULATED MOTION FOR EXTENSION TO RESPOND TO SECOND AMENDED COMPLAINT AND ORDER<br><br>NOTE ON MOTION CALENDAR:<br>May 26, 2023 |

　　　Plaintiff Timaero Ireland Limited ("Timaero") and Defendant The Boeing Company ("Boeing") stipulate that, pursuant to Local Rule 10(g) and Local Rule 7(d)(1), Boeing's time to respond to Timaero's Second Amended Complaint (ECF No. 117) shall be extended to July 10, 2023.

　　　IT IS SO STIPULATED by and between the parties.

STIPULATED MOTION FOR EXTENSION TO RESPOND
TO SECOND COMPLAINT AND ORDER
(2:21-cv-00488-RSM) – 1

DATED: May 26, 2023

By: *s/ Wesley W. Whitmyer, Jr.*
Wesley W. Whitmyer, Jr. (*pro hac vice*)
**Whitmyer IP Group LLC**
600 Summer Street
Stamford, Connecticut 06901
Telephone: (203) 703-0800
Email: litigation@whipgroup.com

Gregory J. Hollon, WSBA No. 26311
Timothy B. Fitzgerald, Wsba No. 45103
**Mcnaul Ebel Nawrot & Helgren PLLC**
600 University Street, Suite 2700
Seattle, Washington 98101
Phone: (206) 467-1816
Email: ghollon@mcnaul.com
tfitzgerald@mcnaul.com

*Attorneys for Timaero Ireland Limited*

By: *s/ Ulrike B. Connelly*
Ulrike B. Connelly, WSBA No. 42478
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: UConnelly@perkinscoie.com

*Attorneys for Defendant The Boeing Company*

STIPULATED MOTION FOR EXTENSION TO RESPOND
TO COMPLAINT AND ORDER
(2:21-cv-00488-RSM) – 2

# ORDER

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**

The deadline for Boeing to respond to Timaero's Second Amended Complaint (ECF No. 117) shall be extended to July 10, 2023.

DATED this 30th day of May, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE