THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TIMAERO IRELAND LIMITED,

    Plaintiff,

v.

THE BOEING COMPANY,

    Defendant.

Case No. 2:21-cv-00488-RSM

SECOND STIPULATED MOTION FOR EXTENSION TO RESPOND TO SECOND AMENDED COMPLAINT AND ORDER

NOTE ON MOTION CALENDAR:
June 26, 2023

    Plaintiff Timaero Ireland Limited ("Timaero") and Defendant The Boeing Company ("Boeing") stipulate that, pursuant to Local Rule 10(g) and Local Rule 7(d)(1), Boeing's time to respond to Timaero's Second Amended Complaint (ECF No. 117) shall be extended to July 31, 2023.

    IT IS SO STIPULATED by and between the parties.

DATED: June 26, 2023

By: *s/ Wesley W. Whitmyer, Jr.*
Wesley W. Whitmyer, Jr. (*pro hac vice*)
**Whitmyer IP Group LLC**
600 Summer Street
Stamford, Connecticut 06901
Telephone: (203) 703-0800
Email: litigation@whipgroup.com

Gregory J. Hollon, WSBA No. 26311
Timothy B. Fitzgerald, Wsba No. 45103
**Mcnaul Ebel Nawrot & Helgren PLLC**
600 University Street, Suite 2700
Seattle, Washington 98101
Phone: (206) 467-1816
Email: ghollon@mcnaul.com
tfitzgerald@mcnaul.com

*Attorneys for Timaero Ireland Limited*

By: *s/ Ulrike B. Connelly*
Ulrike B. Connelly, WSBA No. 42478
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: UConnelly@perkinscoie.com

*Attorneys for Defendant The Boeing Company*

STIPULATED MOTION FOR EXTENSION TO RESPOND
TO COMPLAINT AND ORDER
 (2:21-cv-00488-RSM) – 2

# ORDER

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**

The deadline for Boeing to respond to Timaero's Second Amended Complaint (ECF No. 117) shall be extended to July 31, 2023.

DATED this 27th day of June, 2023.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

<—
<—

<—

<—

<—

<—

<—

<—

<—

<—

<—

<—

<—

<—

<—

<—

<—

<—

<—

<—

<—

<—

<—

<—

<—

<—

Presented by:

By: *s/ Wesley W. Whitmyer, Jr.*
Wesley W. Whitmyer, Jr. (*pro hac vice*)
**Whitmyer IP Group LLC**
600 Summer Street
Stamford, Connecticut 06901
Telephone: (203) 703-0800
Email: litigation@whipgroup.com

Gregory J. Hollon, WSBA No. 26311
Timothy B. Fitzgerald, Wsba No. 45103
**Mcnaul Ebel Nawrot & Helgren PLLC**
600 University Street, Suite 2700
Seattle, Washington 98101
Phone: (206) 467-1816
Email: ghollon@mcnaul.com
tfitzgerald@mcnaul.com

*Attorneys for Timaero Ireland Limited*

By: s/ *Ulrike B. Connelly*
Ulrike B. Connelly, WSBA No. 42478
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: UConnelly@perkinscoie.com

*Attorneys for Defendant The Boeing Company*

ORDER GRANTING STIPULATED MOTION TO EXTEND
TIME TO RESPOND TO COMPLAINT
(2:21-cv-00488-RSM) – 2