Hon. Ricardo S. Martinez

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TIMAERO IRELAND LIMITED,

               Plaintiff,

    v.

THE BOEING COMPANY,

               Defendant.

No. 2:21-00488-RSM

STIPULATED MOTION AND ORDER
FOR EXTENSION TO AMEND
PLEADINGS

NOTE ON MOTION CALENDAR:
May 6, 2024
WITHOUT ORAL ARGUMENT

**STIPULATED MOTION**

Plaintiff Timaero Ireland Limited ("Timaero") and Defendant The Boeing Company ("Boeing") (collectively, "the Parties") respectfully stipulate, pursuant to Local Rule 10(g) and Local Rule 7(d)(1), to a 60-day extension to amend pleadings. The Parties stipulate that the revised deadline for amending pleadings will be July 5, 2024.

Pursuant to LCR 10(g), the parties agree that the extension of time is warranted in order to allow Plaintiff to receive discovery responses from Defendant prior to amending its complaint.

STIPULATED MOTION AND ORDER FOR EXTENSION TO
AMEND PLEADINGS (Case No. 2:21-00488-RSM) – Page 1

LAW OFFICES OF
WHITMYER IP GROUP LLC
600 Summer Street
Stamford, Connecticut 06901
(203) 703-0800

IT IS SO STIPULATED, THROUGH COUNSEL OF RECORD.

DATED this 6th day of May, 2024.

WHITMYER IP GROUP LLC

By: s/ Alan Harrison

Alan Harrison (*pro hac vice*)
600 Summer Street
Stamford, Connecticut 06901
Telephone: (203) 703-0800
Facsimile: (203) 703-0801
Email:  aharrison@whipgroup.com

McNAUL EBEL NAWROT & HELGREN PLLC

By: s/ Gregory J. Hollon

Gregory J. Hollon, WSBA No. 26311
Timothy B. Fitzgerald, WSBA No. 45103
600 University Street, Suite 2700
Seattle, Washington 98101
Phone:  (206) 467-1816
Fax:       (206) 624-5128
Email:   ghollon@mcnaul.com
             tfitzgerald@mcnaul.com

*Attorneys for Plaintiff*

DATED this 6th day of May, 2024.

PERKINS COIE LLP

By: s/ Ulrike B. Connelly

Kathleen M. O'Sullivan, WSBA No. 27850
Harry Schneider, Jr., WSBA No. 9404
Eric B. Wolff, WSBA No. 43047
Ulrike B. Connelly, WSBA No. 42478
Marten N. King, WSBA No. 57106
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
Email: KO'Sullivan@perkinscoie.com
          EWolff@perkinscoie.com
          HSchneider@perkinscoie.com
          UConnelly@perkinscoie.com
          MKing@perkinscoie.com

*Attorneys for The Boeing Company*

STIPULATED MOTION AND ORDER FOR EXTENSION TO
AMEND PLEADINGS (Case No. 2:21-00488-RSM) – Page 2

LAW OFFICES OF
WHITMYER IP GROUP LLC
600 Summer Street
Stamford, Connecticut 06901
(203) 703-0800

**ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.

The deadline for the Parties to amend pleadings shall be extended to July 5, 2024.

DATED this 6th day of May, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

STIPULATED MOTION AND ORDER FOR EXTENSION TO
AMEND PLEADINGS (Case No. 2:21-00488-RSM) – Page 3

LAW OFFICES OF
WHITMYER IP GROUP LLC
600 Summer Street
Stamford, Connecticut 06901
(203) 703-0800