THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIMAERO IRELAND LIMITED,<br><br>            Plaintiff,<br><br>    v.<br><br>THE BOEING COMPANY,<br><br>            Defendant. | No. 2:21-00488-RSM<br><br>STIPULATED MOTION AND ORDER FOR EXTENSION TO AMEND PLEADINGS<br><br>NOTE ON MOTION CALENDAR:<br>July 3, 2024<br>WITHOUT ORAL ARGUMENT |

**STIPULATED MOTION**

Plaintiff Timaero Ireland Limited ("Timaero") and Defendant The Boeing Company ("Boeing") (collectively, "the Parties") respectfully stipulate, pursuant to Local Rule 10(g) and Local Rule 7(d)(1), to a 7-day extension to amend pleadings. The Parties stipulate that the revised deadline for amending pleadings will be July 12, 2024. Pursuant to LCR 10(g), the parties agree that the extension of time is warranted to allow Plaintiff to finalize and Defendant to review Plaintiff's proposed amended complaint.

STIPULATED MOTION AND ORDER FOR
EXTENSION TO AMEND PLEADINGS
(NO. 2:21-00488-RSM) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1  IT IS SO STIPULATED by and between the Parties.

2

3
   | | |
   |---|---|
   | RESPECTFULLY SUBMITTED this 3rd day of July, 2024. | By: *s/Ulrike B. Connelly* |

4  RESPECTFULLY SUBMITTED this 3rd day of July, 2024.

By: *s/Ulrike B. Connelly*
Kathleen M. O'Sullivan, WSBA No. 27850
Harry H. Schneider, Jr., WSBA No. 9404
Eric B. Wolff, WSBA No. 43047
Ulrike B. Connelly, WSBA No. 42478
Marten N. King, WSBA No. 57106
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
KO'Sullivan@perkinscoie.com
HSchneider@perkinscoie.com
EWolff@perkinscoie.com
UConnelly@perkinscoie.com
MKing@perkinscoie.com

I certify that this motion/memorandum contains 74 words, in compliance with the Local Civil Rules.

*Attorneys for Defendant The Boeing Company*

By: *s/Alan Harrison*
Alan Harrison, *pro hac vice*
600 Summer Street
Stamford, Connecticut 06901
Telephone: +1.203.703.0800
Facsimile:+1.203.703.0801
aharrison@whipgroup.com

Gregory J. Hollon, WSBA No. 26311
Timothy B. Fitzgerald, WSBA No. 45103
600 University Street, Suite 2700
Seattle, Washington 98101
Phone: +1.206.467.1816
Fax: +1.206.624.5128
ghollon@mcnaul.com
tfitzgerald@mcnaul.com

*Attorneys for Plaintiff*

---

STIPULATED MOTION AND ORDER FOR
EXTENSION TO AMEND PLEADINGS
(NO. 2:21-00488-RSM) – 2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000

**ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED. The deadline for the Parties to amend pleadings shall be extended to July 12, 2024.

DATED this 9th day of July, 2024.

_____
RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

By:  *s/Ulrike B. Connelly*
Kathleen M. O'Sullivan, WSBA No. 27850
Harry H. Schneider, Jr., WSBA No. 9404
Eric B. Wolff, WSBA No. 43047
Ulrike B. Connelly, WSBA No. 42478
Marten N. King, WSBA No. 57106
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
KO'Sullivan@perkinscoie.com
HSchneider@perkinscoie.com
EWolff@perkinscoie.com
UConnelly@perkinscoie.com
MKing@perkinscoie.com
*Attorneys for Defendant The Boeing Company*

STIPULATED MOTION AND ORDER FOR
EXTENSION TO AMEND PLEADINGS
(NO. 2:21-00488-RSM) – 3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

1 | By: _s/Alan Harrison_
Alan Harrison, *pro hac vice*
2 | 600 Summer Street
Stamford, Connecticut 06901
3 | Telephone: +1.203.703.0800
Facsimile:+1.203.703.0801
4 | aharrison@whipgroup.com
Gregory J. Hollon, WSBA No. 26311
5 | Timothy B. Fitzgerald, WSBA No. 45103
600 University Street, Suite 2700
6 | Seattle, Washington 98101
Phone: +1.206.467.1816
7 | Fax: +1.206.624.5128
ghollon@mcnaul.com
8 | tfitzgerald@mcnaul.com
*Attorneys for Plaintiff*

STIPULATED MOTION AND ORDER FOR
EXTENSION TO AMEND PLEADINGS
(NO. 2:21-00488-RSM) – 4

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA 98101-3099
Phone: 206.359.8000
Fax: 206.359.9000