UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIMAERO IRELAND LIMITED,<br><br>            Plaintiff,<br><br>  v.<br><br>THE BOEING COMPANY,<br><br>            Defendant. | No. 2:21-cv-00488-RSM<br><br>STIPULATED MOTION FOR EXTENSION OF ANSWER DEADLINE AND ORDER |

Plaintiff Timaero Ireland Limited ("Timaero") and Defendant The Boeing Company ("Boeing") stipulate that, pursuant to Local Rule 10(g) and Local Rule 7(d)(1), Boeing's time to answer Timaero's Second Amended Complaint (ECF No. 150) shall be extended by fourteen (14) days from the current deadline of August 5, 2024, to the revised deadline of August 19, 2024. This extension will not impact any other case deadlines.

IT IS SO STIPULATED by and between the parties.

STIPULATED MOT. FOR EXTENSION OF ANSWER
DEADLINE AND ORDER
(2:21-cv-00488-RSM) – 1

DATED: July 19, 2024

By: s/ *Alan Harrison*
    Wesley W. Whitmyer, Jr. (*pro hac vice*)
    Henry M. Purtill (*pro hac vice*)
    Alan Harrison (*pro hac vice*)
    **Whitmyer IP Group LLC**
    600 Summer Street
    Stamford, CT 06901
    Phone: (203) 703-0800
    Fax: (203) 703-0801
    Email:   wwhitmyer@whipgroup.com
                hpurtill@whipgroup.com
                aharrison@whipgroup.com

By: s/ *Gregory J. Hollon*
    Gregory J. Hollon, WSBA No. 26311
    Timothy B. Fitzgerald, WSBA No. 45103
    **McNaul Ebel Nawrot & Helgren PLLC**
    600 University Street, Suite 2700
    Seattle, Washington 98101
    Phone: (206) 467-1816
    Fax: (206) 624-5128
    Email:   ghollon@mcnaul.com
                tfitzgerald@mcnaul.com

*Counsel for Timaero Ireland Limited*

By: s/ *Ulrike B. Connelly*
    Kathleen M. O'Sullivan, WSBA No. 27850
    Harry Schneider, Jr., WSBA No. 9404
    Eric B. Wolff, WSBA No. 43047
    Ulrike B. Connelly, WSBA No. 42478
    Sarah L. Schirack, WSBA No. 59669
    Marten N. King, WSBA No. 57106
    **Perkins Coie LLP**
    1201 Third Avenue, Suite 4900
    Seattle, WA 98101-3099
    Telephone: 206.359.8000
    Facsimile: 206.359.9000
    Email:   KO'Sullivan@perkinscoie.com
                EWolff@perkinscoie.com
                HSchneider@perkinscoie.com
                UConnelly@perkinscoie.com
                SShirack@perkinscoie.com
                MKing@perkinscoie.com

*Counsel for The Boeing Company*

**ORDER**

**PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED.**

The deadline for Boeing to answer LOT's First Amended Complaint (ECF No. 49) shall be extended by fourteen (14) days from the current deadline of August 5, 2024, to the revised deadline of August 19, 2024.

IT IS SO ORDERED.

DATED this 22nd day of July, 2024.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE