THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TIMAERO IRELAND LIMITED,

        Plaintiff,

v.

THE BOEING COMPANY,

        Defendant.

No. 2:21-00488-RSM

**ORDER REGARDING FORM OF PRODUCTION OF ELECTRONICALLY STORED INFORMATION**

The Court has considered the parties' LCR 37 Joint Submission Regarding Form of Production of Electronically Stored Information ("Motion").

The Motion is hereby GRANTED for good cause, and the Stipulated Agreement Regarding Discovery of Electronically Stored Information and Order ("ESI Protocol") entered in this matter on November 18, 2024 (Dkt. 160) is hereby amended as followed:

(1) The existing Section C(4) is replaced with the following:

C.

4. The following standards shall govern the collection, review, and production of ESI in this matter going forward:

    a.    ESI will be produced to the requesting party with searchable text, in a load file compatible with Relativity (or litigation support platform designated

ORDER RE: FORM OF PRODUCTION OF
ELECTRONICALLY STORED INFORMATION
(NO. 2:21-00488-RSM)

Perkins Coie LLP
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

by the parties), preferably a text-delimited .dat file with the delimiters: Field Separator ¶ or Code 020; Text Qualifier þ or Code 254; Substitute Carriage Return or New Line ® or Code174.

  b. Unless otherwise agreed to by the parties, files that are not easily converted to image format, such as spreadsheet, database, presentation and drawing files, may be produced in native format.

  c. Each document image file shall be named with a unique number (Bates Number). Production image file names should not be more than twenty characters long or contain spaces. When a text-searchable image file is produced, the producing party must preserve the integrity of the underlying ESI, *i.e.*, the original formatting, the metadata (as noted below) and, where applicable, the revision history.

  d. If a document is more than one page, the unitization of the document and any attachments and/or affixed notes shall be maintained as they existed in the original document.

  e. The parties shall produce their information in the following format: single-page TIF images and associated multi-page text files containing extracted text or OCR text for scanned documents with appropriate software load files containing all information required by the litigation support system used by the receiving party.

  f. The full text of each electronic document shall be extracted ("Extracted Text") or obtained through Optical Character Recognition ("OCR") for scanned or hardcopy documents and produced in a text file. The Extracted Text shall be provided in searchable ASCII text format (or Unicode text format if the text is in a foreign language) and shall be named with a unique Bates Number (*e.g.*, the unique Bates Number of the first page of the corresponding production version of the document followed by its file extension).

  g. All files must include the associated metadata listed in **Exhibit A.** No party is required to manually populate such metadata fields, but for any hard copy scanned, parties must ensure the custodian value reflects the custodial source.

IT IS SO ORDERED.

//

//

[ORDER RE: FORM OF PRODUCTION OF ELECTRONICALLY STORED INFORMATION (NO. 2:21-00488-RSM) –2

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

1     DATED: January 21, 2025

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

Presented by:

PERKINS COIE LLP

By: *s/ Kathleen M. O'Sullivan*
Kathleen M. O'Sullivan, WSBA No. 27850
Harry Schneider, Jr., WSBA No. 9404
Eric B. Wolff, WSBA No. 43047
Ulrike B. Connelly, WSBA No. 42478
Sarah L. Schirack, WSBA No. 59669
Marten N. King, WSBA No. 57106
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
KO'Sullivan@perkinscoie.com
HSchneider@perkinscoie.com
EWolff@perkinscoie.com
UConnelly@perkinscoie.com
SShirack@perkinscoie.com
MKing@perkinscoie.com

*Attorneys for Defendant The Boeing Company*

[ORDER RE: FORM OF PRODUCTION OF ELECTRONICALLY STORED INFORMATION (NO. 2:21-00488-RSM) –3

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000