THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIMAERO IRELAND LIMITED,<br><br>            Plaintiff,<br><br>     v.<br><br>THE BOEING COMPANY,<br><br>            Defendant. | No. 2:21-00488-RSM<br><br>NOTICE OF ATTORNEYS'<br>WITHDRAWAL |

Pursuant to Local Rule W.D. Wash. LCR 83.2(b)(3), Defendant The Boeing Company ("Boeing") notifies the Court that Eric Wolff, attorney of record, is unavailable to further represent Boeing in this matter and therefore withdraw as counsel of record.

Boeing remains represented by Perkins Coie LLP through Harry Schneider, Kathleen O'Sullivan, Ulrike Connelly, Marten N. King, and Sarah Schirack.

DATED this 3rd day of April, 2025.

NOTICE OF ATTORNEYS' WITHDRAWAL
(NO. 2:21-00488-RSM) – 1

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, WA  98101-3099
Phone:  206.359.8000
Fax:  206.359.9000

*s/Eric B. Wolff*
Eric B. Wolff, WSBA No. 43047
EWolff@perkinscoie.com

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000

*Withdrawing Attorneys for Defendant The Boeing Company*

s/  *Harry H. Schneider, Jr.*
Harry H. Schneider, Jr., WSBA No. 9404
Kathleen O'Sullivan, WSBA No. 27850
Ulrike B. Connelly, Bar No. 42478
Sarah L. Schirack, WSBA No. 59669
Marten N. King, WSBA No. 57106
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
HSchneider@perkinscoie.com
KO'Sullivan@perkinscoie.com
UConnelly@perkinscoie.com
SShirack@perkinscoie.com
MKing@perkinscoie.com

*Attorneys for Defendant The Boeing Company*

NOTICE OF ATTORNEY'S WITHDRAWAL
(NO. 2:21-00488-RSM) – 1