THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIMAERO IRELAND LIMITED,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>THE BOEING COMPANY,<br><br>　　　　　Defendant. | No. 2:21-cv-00488-RSM<br><br>BOEING'S NOTICE TO WITHDRAW PENDING MOTIONS AND SUPPORTING DECLARATION |

Pursuant to the parties' further discussions and Plaintiff Timaero Ireland Limited's disclosure, Defendant The Boeing Company ("Boeing") hereby withdraws its Motion to Seal (Dkt. No. 163), Sealed Motion to Disclose (Dkt. No. 164), and supporting Sealed Declaration of Kathleen O'Sullivan (Dkt. No. 165). *See* LCR 7(l). Boeing's Motion to Seal and Sealed Motion to Disclose are noted for April 8, 2025.

BOEING'S NOTICE TO WITHDRAW
MOTIONS AND SUPPORTING DECL. – 1
(No. 2:21-cv-00488-RSM)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000

Dated: April 4, 2025

By: */s/ Kathleen M. O'Sullivan*
Kathleen M. O'Sullivan, WSBA No. 27850
Harry Schneider, Jr., WSBA No. 9404
Ulrike B. Connelly, WSBA No. 42478
Sarah L. Schirack, WSBA No. 59669
Marten N. King, WSBA No. 57106
**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Telephone: 206.359.8000
Facsimile: 206.359.9000
KO'Sullivan@perkinscoie.com
HSchneider@perkinscoie.com
UConnelly@perkinscoie.com
SShirack@perkinscoie.com
MKing@perkinscoie.com

*Attorneys for Defendant The Boeing Company*

BOEING'S NOTICE TO WITHDRAW
MOTIONS AND SUPPORTING DECL. – 2
(No. 2:21-cv-00488-RSM)

**Perkins Coie LLP**
1201 Third Avenue, Suite 4900
Seattle, Washington 98101-3099
Phone: +1.206.359.8000
Fax: +1.206.359.9000