UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIMAERO IRELAND LIMITED,<br><br>    Plaintiff,<br><br>  v.<br><br>THE BOEING COMPANY,<br><br>    Defendant. | No. 2:21-00488-RSM<br><br>**STIPULATED MOTION AND ORDER TO AMEND DISCOVERY SCHEDULE** |

## I.    INTRODUCTION

Pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Civil Rules 7(d)(1), 7(j), 10(g), and 16(b)(6), Plaintiff Timaero Ireland Limited ("Timaero") and Defendant The Boeing Company ("Boeing") (collectively, the "Parties") jointly move the Court for an order revising the discovery schedule set forth in the Court's April 8, 2024 Order Setting Trial Date and Related Dates (Dkt. No. 140), without adjusting the trial date.

The parties are close to completing document discovery and have started to notice depositions (although none have been confirmed at this time). The current expert disclosure deadline is July 9. The Parties propose a modest extension to the same.

STIPULATED MOTION AND ORDER TO
AMEND DISCOVERY SCHEDULE (NO. 2:21-
00488-RSM) – 1

This extension will not impact any Court filing deadlines or the trial date.

The Parties are timely making this request, well in advance of two weeks before the current September 8, 2025 discovery deadline to ensure the Court has sufficient time to decide the motion. For these reasons and those detailed below, good cause exists to revise the case schedule.

## II.    LEGAL STANDARD

"The decision to modify a scheduling order is within the broad discretion of the district court." *James v. Nationwide Affinity Ins. Co. of Am.*, No. C22-772-RSM, 2023 WL 5020403, at *1 (W.D. Wash. July 31, 2023) (Martinez, J.) (citation omitted). The Court may extend the case schedule where good cause exists. Fed. R. Civ. P. 16(b)(4); LCR 16(b)(6). "Rule 16(b)'s 'good cause' standard primarily considers the diligence of the party seeking the amendment." *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). "The district court may modify the pretrial schedule 'if it cannot reasonably be met despite the diligence of the party seeking the extension.'" *Id*. (citing Fed. R. Civ. P. 16 advisory committee's notes (1983 amendment)). Local Civil Rule 7(j) establishes that "[a] motion for relief from a deadline should, whenever possible, be filed sufficiently in advance of the deadline to allow the court to rule on the motion prior to the deadline."

## III.    ARGUMENT

Good cause exists to modestly extend the discovery deadlines. Since the Court's April 8, 2024 Order Setting Trial Date and Related Dates (Dkt. No. 140), the parties have diligently engaged in the discovery process and made good faith efforts to complete their productions.

The Parties jointly ask to extend the case schedule and neither alleges that any prejudice would arise from the extension.

Allowing the Parties to complete fact and expert discovery by extending the discovery deadlines also will contribute to the efficient and just resolution of this case, by ensuring that decision-making on any Daubert motions, dispositive motions, and—if necessary—at trial is based

on a full and complete record. *See St. George v. Sequim Sch. Dist.*, No. 18-CV-05372-RJB, 2018 WL 6518118, at *1 (W.D. Wash. Dec. 11, 2018) ("An extension of the remaining court deadlines is appropriate to allow the parties to complete discovery and engage in further discussions related to resolution.").

Furthermore, the Parties are filing this motion well in advance of the discovery deadline, and it will not impact the Court's filing deadline for filing dispositive motions (October 7, 2025), motions in limine (December 8, 2025), or trial briefs (December 31, 2025).

The Parties' timely motion, their efforts to meet the Court's deadlines, and the lack of prejudice on any party or the Court all point to good cause. Accordingly, the Parties respectfully request that the Court enter an order modifying the schedule as follows:

|  | **Current Dates** | **New Dates** |
|---|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | July 9, 2025 | July 29, 2025 |
| Deadline for filing motions related to discovery. Any such motions shall be noted for consideration pursuant to LCR 7(d)(3) | August 8, 2025 | August 22, 2025 |
| Discovery completed by | September 8, 2025 | September 22, 2025 |

STIPULATED MOTION AND ORDER TO
AMEND DISCOVERY SCHEDULE (NO. 2:21-
00488-RSM) – 3

1
2         IT IS SO STIPULATED by and between the Parties.
3
4
5   RESPECTFULLY SUBMITTED this 25th day of June, 2025.

    By: *s/Ulrike B. Connelly*
    Kathleen M. O'Sullivan, WSBA No. 27850
    Harry H. Schneider, Jr., WSBA No. 9404
    Ulrike B. Connelly, WSBA No. 42478
    Sarah L. Schirack, WSBA No. 59669
    Marten N. King, WSBA No. 57106
    **Perkins Coie LLP**
    1301 Second Avenue, Suite 4200
    Seattle, Washington 98101-3099
    Telephone: +1.206.359.8000
    Facsimile: +1.206.359.9000
    KO'Sullivan@perkinscoie.com
    HSchneider@perkinscoie.com
    UConnelly@perkinscoie.com
    MKing@perkinscoie.com

    *Attorneys for Defendant The Boeing Company*

    I certify that this motion/memorandum contains 74 words, in compliance with the Local Civil Rules.

    By: *s/Alan Harrison*
    Alan Harrison, *pro hac vice*
    600 Summer Street
    Stamford, Connecticut 06901
    Telephone: +1.203.703.0800
    Facsimile:+1.203.703.0801
    aharrison@whipgroup.com

    Gregory J. Hollon, WSBA No. 26311 Timothy B. Fitzgerald, WSBA No. 45103 600 University Street, Suite 2700
    Seattle, Washington 98101
    Phone: +1.206.467.1816
    Fax: +1.206.624.5128
    ghollon@mcnaul.com
    tfitzgerald@mcnaul.com

    *Attorneys for Plaintiff*

STIPULATED MOTION AND ORDER TO
AMEND DISCOVERY SCHEDULE (NO. 2:21-
00488-RSM) – 4

**ORDER**

PURSUANT TO THE FOREGOING STIPULATION, IT IS SO ORDERED. The deadline for the Parties shall be extended as follows:

|  | **Current Dates** | **New Dates** |
|---|---|---|
| Disclosure of expert testimony under FRCP 26(a)(2) | July 9, 2025 | July 29, 2025 |
| Deadline for filing motions related to discovery. Any such motions shall be noted for consideration pursuant to LCR 7(d)(3) | August 8, 2025 | August 22, 2025 |
| Discovery completed by | September 8, 2025 | September 22, 2025 |

DATED this 30th day of June, 2025.

*[signature]*

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE