UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIMAERO IRELAND LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY,<br><br>Defendant. | CASE NO. C21-488 RSM<br><br>ORDER GRANTING STIPULATED MOTION FOR LETTERS ROGATORY |

This matter is before the Court on Boeing's Unopposed Motion for Issuance of Letters Rogatory, Dkt. #177. The Court finds that the discovery sought complies with the liberal discovery standards of Rule 26 and that there is no good reason to deny the request.

Accordingly, having reviewed the briefing and the remainder of the record, the Court hereby finds and ORDERS that Defendant Boeing's Unopposed Motion for Issuance of Letters Rogatory, Dkt. #177, is GRANTED. The Clerk is directed to issue the attached signed Letters Rogatory, which will be posted on the docket.

Dated this 4th day of August, 2025.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING STIPULATED MOTION FOR LETTERS ROGATORY – 1