THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TIMAERO IRELAND LIMITED,

                Plaintiff,

    v.

THE BOEING COMPANY,

                Defendant.

No. 2:21-00488-RSM

**UNOPPOSED MOTION AND [PROPOSED] ORDER TO AMEND THE CASE SCHEDULE**

**NOTED FOR CONSIDERATION: AUGUST 15, 2025**

## I.    INTRODUCTION

Pursuant to Federal Rule of Civil Procedure 16(b)(4) and Local Civil Rules 7(d)(2), 7(j), and 16(b)(6), Defendant The Boeing Company ("Boeing") moves the Court for an order extending the case schedule set forth in the Court's April 8, 2024 Order Setting Trial Date and Related Dates (Dkt. No. 140) and June 30, 2025 Order Amending the Discovery Schedule (Dkt. No. 173). Timaero has informed Boeing that it does not oppose this motion.[1]

Good cause exists for this extension. While the parties are moving forward with discovery, additional time is needed to obtain the necessary documents and testimony to develop a sufficient

---

[1] Timaero has requested that Boeing agree to a "settlement conference" sometime in the next several months. While Boeing is open to considering that request, the uncertain nature of Timaero's current sanctions status, following the changes in Timaero's ownership structure, *see* Dkt Nos. 7 & 128, presents a number of legal complexities given Boeing's status as a U.S. person subject to the requirements of U.S. sanctions law. Boeing is currently seeking guidance on these issues.

UNOPPOSED MOTION AND [PROPOSED]
ORDER TO AMEND CASE SCHEDULE
(No. 2:21-00488-RSM)

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

factual record for trial. In particular, individuals formerly associated with Timaero reside in foreign countries and will not appear voluntarily for depositions. The Court recently granted Boeing's unopposed motion for letters rogatory to compel deposition testimony from two of these witnesses in Ireland. (Dkt. No. 179). While Boeing is committed to working expeditiously to secure this deposition testimony, the Irish High Court is in recess until October 6, 2025. Courts Serv. of Ir., HIGH COURT: LAW TERMS, https://www.courts.ie/content/high-court-law-terms (last visited Aug. 15, 2025). Accordingly, testimony from these deponents cannot be obtained before the current discovery deadline of September 22, 2025; and, given the relevant procedural requirements under Irish law, their testimony likely cannot be obtained until approximately six months after this Court's grant of Boeing's motion on August 4. Declaration of Jacob Dean in Support of Motion to Amend Case Schedule ("Dean Decl.") ¶¶ 2–4.

Timaero also has identified additional witnesses whom it anticipates will be available for deposition in the United States; however, these witnesses are not expected to be available until September at the earliest. Ex. A at 1. Additionally, on July 8, 2025, Timaero disclosed a new witness, Igor Krasnov. Timaero has not produced any documents associated with this witness and has produced less than 2,000 documents total in this litigation—the reasons for which Boeing has not yet had the opportunity to explore given the unavailability of Timaero's witnesses. In light of these circumstances, Boeing respectfully requests the extension of all case deadlines by six months to provide adequate time to develop the record.

## II.    FACTUAL BACKGROUND

Timaero's operative complaint alleges that it is owed nearly $280 million in damages from Boeing. *See* Dkt. No. 157 at 115 (Prayer for Relief ¶ C). Boeing has actively pursued discovery to try to obtain information supporting (or disputing) this claim but has faced headwinds.

**Boeing is diligently seeking documents from Timaero**. To date, Timaero has produced 1,749 documents. Dean Decl. ¶ 5. Boeing has raised concerns with the number of documents produced in this case by Timaero and, as discussed below, sought deposition testimony on

UNOPPOSED MOTION AND [PROPOSED]
ORDER TO AMEND CASE SCHEDULE-2
(No. 2:21-00488-RSM)

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

1    Timaero's document preservation and collection efforts. Timaero has also recently identified a

2    new witness, Igor Krasnov, as a person knowledgeable about the facts of this case. Boeing sought

3    from Timaero any documents in his possession and seeks to explore the reasons for the paucity of

4    documents Timaero has produced. *Id.* ¶¶ 6–7.

5        **Boeing is diligently seeking testimonial evidence**. Boeing's and Timaero's counsel are

6    working collaboratively to schedule the deposition of corporate witnesses to be designated by

7    Timaero. On June 11, 2025, *i.e.*, more than three months before the current close of discovery,

8    Boeing issued a 30(b)(6) deposition notice for a corporate representative to speak to Timaero's

9    document collection and preservation efforts. *Id.* ¶ 7.

10        As of recent correspondence, Timaero is working to identify the appropriate representative

11    who can appear in Seattle, Washington. *Id.* ¶ 8.  Timaero has previously offered the names of three

12    witnesses who will speak on its behalf: Mr. Izmailskiy, Mr. Krasnov, and Ms. Perevertova. *Id.* ¶

13    9. None reside in the United States. *Id.* ¶ 10; Ex. A at 1. Mr. Izmailskiy, the sole current employee

14    of Timaero identified as knowledgeable as to the issues of this matter, and Mr. Krasnov, a newly

15    identified witness, are Russian and Israeli nationals. Ex. A at 1; Ex. B at 5. Timaero represents that

16    Mr. Izmailskiy is currently pursuing a visa application and may be able to testify by September—

17    the month discovery closes—at the earliest. Ex. A at 1. Timaero's position is that Mr. Krasnov

18    cannot travel to the United States given the current political climate and the revocation of his visa

19    and must be deposed remotely. *Id.* Of the other individuals identified by Timaero as having

20    "significant personal knowledge of the facts alleged in the Complaint," many appear to be Russian

21    nationals. *See* Ex. B at 5. The U.S. State Department and federal courts have recognized that

22    Russian law does not permit attorneys from the U.S. to take depositions of witnesses in Russia, a

23    restriction that applies even to depositions of willing witnesses and remote depositions.[2]

24

25        [2] U.S. Department of State, JUDICIARY ASSISTANCE COUNTRY INFORMATION: RUSSIAN FEDERATION,
     https://travel.state.gov/content/travel/en/legal/Judicial-Assistance-Country-Information/RussianFederation.html (last

26    visited Aug. 15, 2025) ("The Russian Federation does not permit the taking of voluntary depositions of willing
     witnesses in civil and commercial matters."); *United States v. Stratievsky*, No. 1:05-cr-00483 (N.D. Ill. Nov. 3, 2006),

UNOPPOSED MOTION AND [PROPOSED]
ORDER TO AMEND CASE SCHEDULE-3
(No. 2:21-00488-RSM)

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

1   At present, Timaero has not confirmed which witness will testify on which 30(b)(6) topics

2   and when those individuals can appear for a deposition in the United States. Dean Decl. ¶ 11.

3   **Boeing is seeking testimonial evidence from former employees of Timaero located in**

4   **foreign nations**. Boeing requested, and this Court granted on August 4, 2025, a motion for the

5   issuance of letters rogatory to compel the deposition testimony of Irish nationals Sean McCreery

6   and Alan O'Driscoll. *See* Dkt. Nos. 177, 179. The Irish High Court is in recess until October 6,

7   2025; and Boeing understands that, given the relevant procedural requirements under Irish law,

8   the depositions likely will not be able to move forward until approximately six months after the

9   motion was granted. Dean Decl. ¶ 4.

10   **There has been no prior extension of the trial date**. The Court has not previously

11   extended the trial date and has only once extended certain discovery deadlines by several weeks

12   to allow additional time for expert disclosures. *See* Dkt. No. 173. Boeing is timely making this

13   request; the current deadline for the close of discovery is September 22, 2025, and trial is not

14   scheduled until January 5, 2026.

15               ### III.    LEGAL STANDARD

16   "The decision to modify a scheduling order is within the broad discretion of the district

17   court." *James v. Nationwide Affinity Ins. Co. of Am.*, No. C22-772-RSM, 2023 WL 5020403, at

18   *1 (W.D. Wash. July 31, 2023) (Martinez, J.) (citation omitted). The Court may extend the case

19   schedule where good cause exists. Fed. R. Civ. P. 16(b)(4); LCR 16(b)(6). "Rule 16(b)'s 'good

20   cause' standard primarily considers the diligence of the party seeking the amendment." *Johnson*

21   *v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992). "The district court may modify

22   the pretrial schedule 'if it cannot reasonably be met despite the diligence of the party seeking the

23   extension.'" *Id.* (citing Fed. R. Civ. P. 16 advisory committee's notes (1983 amendment)). Local

24   Civil Rule 7(j) establishes that "[a] motion for relief from a deadline should, whenever possible,

25

26   Dkt. No. 149 ¶¶ 6–7 (willing witnesses); *United States Sec. & Exch. Comm'n v. Collector's Coffee Inc.*, 2020 WL 4034733, at *3 (S.D.N.Y. July 17, 2020) (remote depositions).

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

1  be filed sufficiently in advance of the deadline to allow the court to rule on the motion prior to the

2  deadline."

3                              **IV.    ARGUMENT**

4          Good cause exists to modify the case schedule. Boeing has been diligent in pursuing

5  discovery and seeking mutually agreeable dates to depose Timaero's witnesses. Despite Boeing's

6  diligence, additional time is needed to conduct discovery from witnesses with knowledge of the

7  facts central to this dispute and to ensure the record is fully developed.

8          ***First***, considering the Court's recent grant of the request for letters rogatory, it will likely

9  take approximately six months to obtain testimony from the former Timaero directors located in

10  Ireland. The depositions of Mr. McCreery and Mr. O'Driscoll are critical because they are former

11  directors of Timaero (as opposed to former employees of VEB, the Russian entity that formerly

12  owned Timaero) and may be the only available witnesses with personal knowledge of Timaero's

13  factual allegations who can be deposed. Boeing is moving expeditiously to secure the depositions

14  of Mr. McCreery and Mr. O'Driscoll; but, given the Irish High Court's recess and the relevant

15  procedural requirements under Irish law, the parties are constrained in their ability to accelerate an

16  inherently time-consuming process. *See HDMI Licensing Adm'r, Inc. v. Availink, Inc.*, No. 22-

17  CV-06947-EKL (PHK), 2025 WL 799036, at *9 (N.D. Cal. Mar. 13, 2025) (noting that "[t]he

18  State Department's Foreign Affairs Manual further notes that '[l]etters rogatory may take from 6

19  months to a year to execute'").

20          ***Second***, the parties have been unable to set a firm date for Boeing's 30(b)(6) deposition

21  of Timaero because the witnesses are not residents of the United States and, as to Timaero's current

22  owner (Mr. Izmailskiy), do not yet have a visa that will allow travel to the United States. And

23  while Timaero has not informed Boeing of which witnesses will testify on which topics, none of

24  the individuals proposed by Timaero (Mr. Izmailskiy, Mr. Krasnov, and Ms. Perevertova) is a

25  resident of the United States. Mr. Krasnov's appearance as a witness in this matter was disclosed

26  for the first time on June 23. To date, no documents have been produced for Mr. Krasnov; and, as

UNOPPOSED MOTION AND [PROPOSED]
ORDER TO AMEND CASE SCHEDULE-5
(No. 2:21-00488-RSM)

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

he is not mentioned in Timaero's complaint or other documents produced by Timaero, additional time is needed to understand his role in the case. This recent disclosure was not "foreseeable at the time" the case schedule was set. *See United States ex rel. Terry v. Wasatch Advantage Grp.*, LLC, 327 F.R.D. 395, 404 (E.D. Cal. 2018). A case extension is needed to allow, at minimum, for further exploration of what additional documents may be in Timaero's possession regarding Mr. Krasnov and other topics, time to conduct the depositions of Mr. Krasnov and Mr. Izmailskiy, and time to conduct a 30(b)(6) deposition in the United States of Timaero's multiple designees (as explained above). *See, e.g.*, *Comair v. Boeing Co.*, No. C23-176 RSM, 2024 WL 3091186, at *2 (W.D. Wash. June 21, 2024) (ordering that foreign airline must present a 30(b)(6) witness for in-person deposition in the Western District of Washington); *Smartwings, A.S. v. Boeing Co.*, No. C21-918 RSM, 2023 WL 3075698, at *2 (W.D. Wash. Apr. 25, 2023) (order that foreign airline must present four foreign national fact witnesses for deposition in the Western District of Washington).

*Third*, a modified case schedule will not prejudice Timaero. Boeing's request for a case extension is primarily driven by the lack of cooperation from individuals **formerly** associated with Timaero, the inability of certain witnesses to appear in the United States in the short term, and the recent disclosure of Mr. Krasnov for whom no documents have been produced. *See Church of Celestial Heart v. Garland*, No. 1:23-CV-00545-SAB, 2025 WL 744666, at *2–3 (E.D. Cal. Mar. 7, 2025) (finding extraordinary circumstances and good cause to extend case schedule when witnesses failed to participate in discovery). Far from causing prejudice, a case extension will contribute to the efficient and just resolution of this case by ensuring that the Court and the parties have a full and complete record. *See St. George v. Sequim Sch. Dist.*, No. 18-CV-05372-RJB, 2018 WL 6518118, at *1 (W.D. Wash. Dec. 11, 2018) ("An extension of the remaining court deadlines is appropriate to allow the parties to complete discovery and engage in further discussions related to resolution.").

*Finally*, Boeing is seeking this extension well in advance of any deadline. *See* Dkt. Nos. 140, 173.

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

\*\*\*

Accordingly, Boeing respectfully requests that the Court enter an order modifying the schedule as follows:

| | Current Dates | New Dates |
|---|---|---|
| Deadline for filing motions related to discovery. Any such motions shall be noted for consideration pursuant to LCR 7(d)(3) | August 22, 2025 | February 23, 2026 |
| Discovery completed by | September 22, 2025 | March 23, 2026 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)) | October 7, 2025 | April 7, 2026 |
| Mediation per LCR 39.1(c)(3), if requested by the parties, held no later than | November 21, 2025 | May 21, 2026 |
| All motions in limine must be filed by and noted on the motion calendar no later than the THIRD Friday thereafter | December 8, 2025 | June 8, 2026 |
| Agreed pretrial order due | December 24, 2025 | June 23, 2026 |
| Pretrial conference to be scheduled by the Court. | To be scheduled by the Court | To be scheduled by the Court |
| Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due | December 31, 2025 | June 30, 2026 |
| Jury trial date | January 5, 2026 | July 6, 2026 |

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

1

2   RESPECTFULLY SUBMITTED
    this 15th day of August, 2025.

3

4   I certify that this motion/memorandum
    contains 2,194 words, in compliance with

5   the Local Civil Rules.

6

7

8

By: s/ *Michael S. Paisner*

Michael S. Paisner, WSBA No. 48822
Kathleen M. O'Sullivan, WSBA No. 27850
Harry H. Schneider, Jr., WSBA No. 9404
Ulrike B. Connelly, WSBA No. 42478
**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
MPaisner@perkinscoie.com
KOSullivan@perkinscoie.com
HSchneider@perkinscoie.com
UConnelly@perkinscoie.com

*Attorneys for Defendant The Boeing Company*

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNOPPOSED MOTION AND [PROPOSED]
ORDER TO AMEND CASE SCHEDULE–8
(No. 2:21-00488-RSM)

**[PROPOSED] ORDER**

This matter came before the Court on Defendant The Boeing Company's Unopposed Motion to Amend the Case Schedule. Having reviewed the relevant briefing and the remainder of the record, the Court hereby ORDERS that Boeing's Motion to Amend the Case Schedule is GRANTED.

IT IS SO ORDERED that the deadline for the Parties shall be extended as follows:

|  | Current Dates | New Dates |
|---|---|---|
| Deadline for filing motions related to discovery. Any such motions shall be noted for consideration pursuant to LCR 7(d)(3) | August 22, 2025 | February 23, 2026 |
| Discovery completed by | September 22, 2025 | March 23, 2026 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)) | October 7, 2025 | April 7, 2026 |
| Mediation per LCR 39.1(c)(3), if requested by the parties, held no later than | November 21, 2025 | May 21, 2026 |
| All motions in limine must be filed by and noted on the motion calendar no later than the THIRD Friday thereafter | December 8, 2025 | June 8, 2026 |
| Agreed pretrial order due | December 24, 2025 | June 23, 2026 |
| Pretrial conference to be scheduled by the Court. | To be scheduled by the Court | To be scheduled by the Court |
| Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due | December 31, 2025 | June 30, 2026 |
| Jury trial date | January 5, 2026 | July 6, 2026 |

DATED this _____ day of _____, 2025

_____
THE HONORABLE RICARDO S. MARTINEZ
UNITED STATES DISTRICT COURT JUDGE

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000

1  Presented by:

2

By:  _s/Michael S. Paisner_

3

Michael S. Paisner, WSBA No. 48822
4  Kathleen M. O'Sullivan, WSBA No. 27850
Harry H. Schneider, Jr., WSBA No. 9404
5  Ulrike B. Connelly, WSBA No. 42478
**Perkins Coie LLP**
6  1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
7  Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
8  MPaisner@perkinscoie.com
KOSullivan@perkinscoie.com
9  HSchneider@perkinscoie.com
UConnelly@perkinscoie.com

10
*Attorneys for Defendant The Boeing Company*
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNOPPOSED MOTION AND [PROPOSED]
ORDER TO AMEND CASE SCHEDULE–10
(No. 2:21-00488-RSM)

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Phone: +1.206.359.8000
Fax: +1.206.359.9000