UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIMAERO IRELAND LIMITED,<br><br>          Plaintiff,<br><br>  v.<br><br>THE BOEING COMPANY,<br><br>          Defendant. | No. 2:21-CV-00488-RSM<br><br>**ORDER GRANTING BOEING'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO FILE DISCOVERY MOTIONS** |

ORDER GRANTING UNOPPOSED MOTION TO
EXTEND DEADLINE TO FILE DISCOVERY
MOTIONS – 1

1    This matter comes before the Court on Defendant The Boeing Company's Unopposed
2    Motion for Extension of Time to File Discovery Motions (the "Motion"). The Court, having
3    considered the Motion, hereby GRANTS the Motion. All other deadlines remain the same.
4    **IT IS SO ORDERED** that the deadline for the Parties shall be extended as follows:

|  | Current Dates | New Dates |
|---|---|---|
| Deadline for filing motions related to discovery. Any such motions shall be noted for consideration pursuant to LCR 7(d)(3) | August 22, 2025 | Two weeks after Boeing completes 30(b)(6) deposition of Timaero |
| Discovery completed by | March 23, 2026 | March 23, 2026 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (see LCR 7(d)) | April 7, 2026 | April 7, 2026 |
| Mediation per LCR 39.1(c)(3), if requested by the parties, held no later than | May 21, 2026 | May 21, 2026 |
| All motions in limine must be filed by and noted on the motion calendar no later than the THIRD Friday thereafter | June 8, 2026 | June 8, 2026 |
| Agreed pretrial order due | June 23, 2026 | June 23, 2026 |
| Pretrial conference to be scheduled by the Court. | To be scheduled by the Court | To be scheduled by the Court |
| Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due | June 30, 2026 | June 30, 2026 |
| Jury trial date | July 6, 2026 | July 6, 2026 |

DATED this 9th day of February, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

ORDER GRANTING UNOPPOSED MOTION TO
EXTEND DEADLINE TO FILE DISCOVERY
MOTIONS – 2