UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIMAERO IRELAND LIMITED, | No. 2:21-CV-00488-RSM |
| Plaintiff, | **ORDER GRANTING STIPULATED MOTION TO AMEND CASE SCHEDULE** |
| v. | |
| THE BOEING COMPANY, | |
| Defendant. | |

ORDER GRANTING STIPULATED MOTION TO
AMEND CASE SCHEDULE

This matter comes before the Court on the parties' Stipulated Motion to Amend Case Schedule ("Motion"). The Court, having considered the Motion, hereby GRANTS the Motion. The case schedule shall be modified as follows:

| | Current Dates | Modified Dates |
|---|---|---|
| Discovery completed by[1] | March 23, 2026 | May 29, 2026 |
| Deadline for filing motions related to discovery. Any such motions shall be noted for consideration pursuant to LCR 7(d)(3) | Two weeks after Boeing completes 30(b)(6) deposition of Timaero | June 16, 2026 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (*see* LCR 7(d)) | April 7, 2026 | June 30, 2026 |
| Mediation per LCR 39.1(c)(3), if requested by the parties, held no later than | May 21, 2026 | August 27, 2026 |
| All motions in limine must be filed by and noted on the motion calendar no later than the third Friday thereafter | June 8, 2026 | September 14, 2026 |
| Agreed pretrial order due | June 23, 2026 | September 29, 2026 |
| Pretrial conference to be scheduled by the Court. | To be scheduled by the Court | To be scheduled by the Court |
| Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due | June 30, 2026 | October 6, 2026 |
| Jury trial date | [continued] | October 26, 2026 |

**IT IS SO ORDERED.**

DATED this 20th day of March, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

---

[1] No deposition or discovery will be permitted unless the applicable notice or request was served on the other party before March 9, 2026.

ORDER GRANTING STIPULATED MOTION TO
AMEND CASE SCHEDULE
–2