THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TIMAERO IRELAND LIMITED,

Plaintiff,

v.

THE BOEING COMPANY,

Defendant.

No. 2:21-CV-00488-RSM

**[PROPOSED] ORDER GRANTING BOEING'S MOTION TO COMPEL**

**NOTE ON MOTION CALENDAR: MAY 11, 2026**

This matter comes before the Court on The Boeing Company's Motion to Compel ("Motion"). The Court, having considered the Motion, hereby **GRANTS** the Motion. Timaero is hereby **ORDERED**:

(1) to update Timaero's initial disclosures and discovery responses to (a) identify each category of damages Timaero intends to assert at trial, (b) state the total alleged damages in each category, (c) compute how Timaero determined each category of damages, and (d) identify documents supporting Timaero's alleged damages in each category;

(2) to produce Timaero's board meeting minutes; and

(3) to produce the four documents listed on Timaero's privilege log.

[PROPOSED] ORDER GRANTING
BOEING'S MOTION TO COMPEL
(No. 2:21-CV-00488-RSM)

**IT IS SO ORDERED.**

DATED this _____ day of _____, 2026.

_____
Ricardo S. Martinez
United States District Judge

Presented by:

By:  s/ *Michael S. Paisner*
Michael S. Paisner, WSBA No. 48822
Kathleen M. O'Sullivan, WSBA No. 27850
Harry Schneider, Jr., WSBA No. 9404
Marten N. King, WSBA No. 57106

**Perkins Coie LLP**
1301 Second Avenue, Suite 4200
Seattle, Washington 98101-3804
Telephone: +1.206.359.8000
Facsimile: +1.206.359.9000
MPaisner@perkinscoie.com
KOSullivan@perkinscoie.com
HSchneider@perkinscoie.com
MKing@perkinscoie.com

Nicholas S. Crown, WSBA No. 51260

**Perkins Coie LLP**
700 13th Street, NW, Suite 800
Washington, DC 20005-3960
Telephone: +1.202.654.3396
Facsimile: +1.310.717.1283
NCrown@perkinscoie.com

*Attorneys for Defendant*
*The Boeing Company*

[PROPOSED] ORDER GRANTING
BOEING'S MOTION TO COMPEL
(No. 2:21-CV-00488-RSM) –3