UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIMAERO IRELAND LIMITED,<br><br>                    Plaintiff,<br><br>    v.<br><br>THE BOEING COMPANY,<br><br>                    Defendant. | No. 2:21-CV-00488-RSM<br><br>ORDER GRANTING<br>STIPULATED MOTION TO AMEND<br>CASE SCHEDULE |

ORDER GRANTING STIPULATED MOTION TO
AMEND CASE SCHEDULE - 1

This matter comes before the Court on the parties' Stipulated Motion to Amend Case Schedule ("Motion"). The Court, having considered the Motion, hereby GRANTS the Motion. The case schedule shall be modified as follows:

|  | Current Dates | Modified Dates |
|---|---|---|
| Discovery completed by[1] | June 30, 2026 | September 15, 2026 |
| Deadline for filing motions related to discovery. Any such motions shall be noted for consideration pursuant to LCR 7(d)(3) | July 17, 2026 | October 2, 2026 |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (*see* LCR 7(d)) | July 31, 2026 | October 23, 2026 |
| Mediation per LCR 39.1(c)(3), if requested by the parties, held no later than | September 25, 2026 | January 11, 2027 |
| All motions in limine must be filed by and noted on the motion calendar no later than the third Friday thereafter | October 15, 2026 | February 5, 2027 |
| Agreed pretrial order due | October 30, 2026 | February 19, 2027 |
| Pretrial conference to be scheduled by the Court. | To be scheduled by the Court | To be scheduled by the Court |
| Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due | November 9, 2026 | March 1, 2027 |
| Jury trial date | December 7, 2026 | March 29, 2027 |

**IT IS SO ORDERED.**

DATED this 7th day of July, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE

---

[1] No deposition or discovery will be permitted unless the applicable notice or request was served on the other party before March 9, 2026.

ORDER GRANTING STIPULATED MOTION TO
AMEND CASE SCHEDULE
– 2