UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TIMAERO IRELAND LIMITED,<br><br>Plaintiff,<br><br>v.<br><br>THE BOEING COMPANY,<br><br>Defendant. | No. 2:21-CV-00488-RSM<br><br>ORDER GRANTING STIPULATED MOTION TO AMEND CASE SCHEDULE |

This matter comes before the Court on the parties' Stipulated Motion to Amend Case Schedule ("Motion"), Dkt. #298. The Court, having considered the Motion, hereby GRANTS the Motion. The case schedule shall be modified as follows:

| | **Current Dates** | **Modified Dates** |
|---|---|---|
| Deadline for filing motions related to discovery. Any such motions shall be noted for consideration pursuant to LCR 7(d)(3) | October 23, 2026 | Stayed pending further order of the Court |
| All dispositive motions must be filed by and noted on the motion calendar no later than the fourth Friday thereafter (*see* LCR 7(d)) | October 23, 2026 | Stayed pending further order of the Court |
| Mediation per LCR 39.1(c)(3), if requested by the parties, held no later than | January 11, 2027 | January 11, 2027 |
| All motions in limine must be filed by and noted on the motion calendar no later than the third Friday thereafter | February 5, 2027 | February 5, 2027 |
| Agreed pretrial order due | February 19, 2027 | February 19, 2027 |
| Pretrial conference to be scheduled by the Court. | To be scheduled by the Court | To be scheduled by the Court |
| Trial briefs, proposed voir dire questions, jury instructions, neutral statement of the case, and trial exhibits due | March 1, 2027 | March 1, 2027 |
| Jury trial date | March 29, 2027 | March 29, 2027 |

**IT IS SO ORDERED.**

DATED this 19th day of October, 2026.

RICARDO S. MARTINEZ
UNITED STATES DISTRICT JUDGE